UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHELLE LETTIERI, | | |
| | Plaintiff, | 26 Civ. 1617 (PAE) |
| -v- | | |
| CL HEALTHCARE INC., | | ORDER |
| | Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On April 21, 2026, this Court ordered plaintiff to show cause, by May 5, 2026, as to why

the above-captioned action should not be dismissed for failure to prosecute.  Dkt. 9.  That same

day, defense counsel filed a stipulation executed by both parties on the docket of the case, which

extended defendant's deadline to answer until April 30, 2026.  Dkt. 10.  On April 22, 2026,

plaintiff's counsel represented that both parties had executed this stipulation on April 13, prior to

defendant's deadline to answer or otherwise respond, but that through "inadvertence" it had not

been filed with the Court.  Dkt. 11.  Plaintiff's counsel further represented that plaintiff "intends

to continue prosecuting this matter."  *Id*.  Accordingly, the Court discharges plaintiff from taking

further steps to comply with its April 21, 2026 Order.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: April 23, 2026
       New York, New York

1