UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE LETTIERI

Plaintiff,

-v-

CL HEALTHCARE INC.,

Defendant.

26 Civ. 1617

ORDER

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference in the above-captioned matter is presently scheduled for June 1, 2026 at 3:30 p.m. Dkt. 14. On April 27, 2026, Chief Judge Laura Swain entered an order referring the case for mediation pursuant to the District's Third Amended Standing Order on Employment Discrimination Cases, 11 Mc. 3. Accordingly, the initial conference is hereby adjourned pending mediation.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 29, 2026
       New York, New York