UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE LETTIERI,

Plaintiff,

-v-

CL HEALTHCARE INC.,

Defendant.

26 Civ. 1617 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference in the above-captioned matter is presently scheduled for Tuesday, October 20, 2026 at 4:00 p.m. Due to an unavoidable conflict, the conference is rescheduled to **Monday, November 2, 2026 at 4:00 p.m.** This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 19, 2026
New York, New York